Ann M. Carino, an Infant by Her Guardian ad Litem, Jane Carino, et al., Respondents. v. Angelo Marino, Appellant.

515

Concur — Steuer, J. P., McGivern, Rabin and McNally, JJ.